IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DYLAN HEATHERLY,** : | |
|    Petitioner : | |
| : | No. 1:16-cr-00082-10 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 30th day of September 2022, upon consideration of Petitioner Dylan Heatherly ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1114) and Unopposed Motion for Leave to Amend (Doc. No. 1123), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's Unopposed Motion for Leave to Amend (Doc. No. 1123) is **GRANTED**;

2. Petitioner's § 2255 motion (Doc. No. 1114) is **DENIED**;

3. A Certificate of Appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the related case at 1:22-cv-00341.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania